Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendants Chase Bank USA, N.A.
and JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD M. MAZZA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHASE CARD SERVICES, CHASE MORTGAGE and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | CASE NO.:  2:15-cv-02438-APG-CWH<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>**(First Request)** |

Defendants Chase Bank USA, N.A. and JPMorgan Chase Bank, N.A.[1] and plaintiff Leonard Mazza stipulate and agree that Chase has up to and including February 3, 2016 to respond to the complaint, to provide time for Chase to investigate plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against Chase.  This request is made in good faith

*[Continued on following page.]*

---

[1] Incorrectly referred to in the caption as Chase Card Services and Chase Mortgage.

DMWEST #13471146 v2

and not for purpose of delay.

Dated: January 8, 2016.

| Ballard Spahr LLP | Kazerouni Law Group, APC |
|---|---|
| By: /s/ Lindsay Demaree<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Attorneys for Defendants Chase Bank USA, N.A. and JPMorgan Chase Bank, N.A.* | By: /s/ Michael Kind<br>Michael Kind<br>Nevada Bar No. 13903<br>7854 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br><br>Haines & Krieger, LLP<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 11, 2016

2

DMWEST #13471146 v2