1  Abran E. Vigil
   Nevada Bar No. 7548
2  Lindsay Demaree
   Nevada Bar No. 11949
3  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
4  Las Vegas, Nevada 89106
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   vigila@ballardspahr.com
6  demareel@ballardspahr.com

7  *Attorneys for Defendants Chase Bank USA, N.A.*
   *and JPMorgan Chase Bank, N.A.*

8

9                 UNITED STATES DISTRICT COURT

10                    DISTRICT OF NEVADA

11

12  LEONARD M. MAZZA,                          CASE NO.: 2:15-cv-02438-APG-CWH
                    Plaintiff,
13
    vs.
14
    CHASE CARD SERVICES, CHASE                 **STIPULATION AND ORDER TO**
15  MORTGAGE and EXPERIAN                      **EXTEND TIME TO RESPOND TO**
    INFORMATION SOLUTIONS, INC.,               **PLAINTIFF'S COMPLAINT**
16
                    Defendants.                **(Second Request)**
17

18

19         Defendants Chase Bank USA, N.A. and JPMorgan Chase Bank, N.A.[1]'s

20  (collectively "Chase") response to the complaint is currently due February 3, 2016.

21  Plaintiff Leonard Mazza and Chase stipulate and agree that Chase has up to and

22  including February 19, 2016 to respond to the complaint, to provide time for Chase to

23  investigate plaintiff's allegations and for the parties to discuss a potential early

24  resolution of the claims asserted against Chase. This request is made in good faith

25

26                        *[Continued on following page.]*

27  _____
    [1] Incorrectly referred to in the caption as Chase Card Services and Chase Mortgage.
28

*BALLARD SPAHR LLP*
*100 CITY PARKWAY, SUITE 1750*
*LAS VEGAS, NEVADA 89106-4617*
*(702) 471-7000 FAX (702) 471-7070*

1    and not for purpose of delay.

2    Dated:  February 2, 2016.

3    Ballard Spahr LLP                              Kazerouni Law Group, APC

4

5    By: /s/ Lindsay Demaree                        By:   /s/ Michael Kind
     Abran E. Vigil                                 Michael Kind
6    Nevada Bar No. 7548                            Nevada Bar No. 13903
     Lindsay Demaree                                7854 W. Sahara Avenue
7    Nevada Bar No. 11949                           Las Vegas, Nevada 89117
     100 North City Parkway, Suite 1750
8    Las Vegas, Nevada 89106                        Haines & Krieger, LLP
                                                    David H. Krieger
9    *Attorneys for Attorneys for*                  Nevada Bar No. 9086
     *Defendants Chase Bank USA, N.A.*              8985 S. Eastern Avenue, Suite 350
10   *and JPMorgan Chase Bank, N.A.*                Henderson, Nevada 89123

11                                                  *Attorneys for Plaintiff*

12

13

14

15   **ORDER**

16   IT IS SO ORDERED:

17   _____

18   UNITED STATES MAGISTRATE JUDGE

19   DATED:   February 4, 2016
              _____

20

21

22

23

24

25

26

27

28

BALLARD SPAHR LLP
100 CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106-4617
(702) 471-7000 FAX (702) 471-7070