1  Abran E. Vigil
   Nevada Bar No. 7548
2  Lindsay Demaree
   Nevada Bar No. 11949
3  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
4  Las Vegas, Nevada 89106
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   vigila@ballardspahr.com
6  demareel@ballardspahr.com

7  *Attorneys for Defendants Chase Bank USA, N.A.*
   *and JPMorgan Chase Bank, N.A.*

8

9              **UNITED STATES DISTRICT COURT**

10                **DISTRICT OF NEVADA**

11

12 LEONARD M. MAZZA,                    CASE NO.: 2:15-cv-02438-APG-CWH

              Plaintiff,

13

   vs.

14

15 CHASE CARD SERVICES, CHASE          **STIPULATION AND ORDER TO**
   MORTGAGE and EXPERIAN               **EXTEND TIME TO RESPOND TO**
   INFORMATION SOLUTIONS, INC.,        **PLAINTIFF'S COMPLAINT**
16
              Defendants.              **(Third Request)**
17

18

19        Defendants Chase Bank USA, N.A. and JPMorgan Chase Bank, N.A.[1]'s

20 (collectively "Chase") response to the complaint is currently due February 19, 2016.

21 Plaintiff Leonard Mazza and Chase stipulate and agree that Chase has up to and

22 including March 21, 2016 to respond to the complaint, to provide time for Chase to

23 investigate plaintiff's allegations and for the parties to discuss a potential early

24 resolution of the claims asserted against Chase.  This request is made in good faith

25

26              *[Continued on following page.]*

27 _____
   [1] Incorrectly referred to in the caption as Chase Card Services and Chase Mortgage.
28

*Left margin (vertical):* BALLARD SPAHR LLP / 100 CITY PARKWAY, SUITE 1750 / LAS VEGAS, NEVADA 89106-4617 / (702) 471-7000 FAX (702) 471-7070

1  and not for purpose of delay.

2  Dated:  February 18, 2016.

3  Ballard Spahr LLP                              Kazerouni Law Group, APC

4

5  By: /s/ Lindsay Demaree                        By: /s/ Michael Kind
   Abran E. Vigil                                 Michael Kind
6  Nevada Bar No. 7548                            Nevada Bar No. 13903
   Lindsay Demaree                                7854 W. Sahara Avenue
7  Nevada Bar No. 11949                           Las Vegas, Nevada 89117
   100 North City Parkway, Suite 1750
8  Las Vegas, Nevada 89106                        Haines & Krieger, LLP
                                                  David H. Krieger
9  *Attorneys for Attorneys for*                  Nevada Bar No. 9086
   *Defendants Chase Bank USA, N.A.*              8985 S. Eastern Avenue, Suite 350
10 *and JPMorgan Chase Bank, N.A.*                Henderson, Nevada 89123

11                                                *Attorneys for Plaintiff*

12

13

14

15                                               **ORDER**

16                                               IT IS SO ORDERED:

17

18                                               _____
                                                 UNITED STATES MAGISTRATE JUDGE
19
                                                 DATED:  February 19, 2016
20

21

22

23

24

25

26

27

28

Ballard Spahr LLP
100 CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106-4617
(702) 471-7000 FAX (702) 471-7070

2