1  Michael Kind, Esq. (SBN: 13903)
2  KAZEROUNI LAW GROUP, APC
   7854 W. Sahara Avenue
3  Las Vegas, NV 89117
4  Phone: (800) 400-6808 x7
   FAX: (800) 520-5523
5  mkind@kazlg.com

6
   David H. Krieger, Esq. (SBN: 9086)
7  HAINES & KRIEGER, LLC
8  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
9  Phone: (702) 880-5554
   FAX: (702) 385-5518
10 dkrieger@hainesandkrieger.com
11 *Attorneys for Plaintiff Leonard M. Mazza*

12

13

14
                    UNITED STATES DISTRICT COURT
15
                        DISTRICT OF NEVADA
16

17

18 | LEONARD M. MAZZA, | Case No.: 2:15-cv-02438-APG-CWH |
   |---|---|
19 | | |
   | Plaintiff, | **JOINT MOTION TO DISMISS** |
20 | | **WITH PREJUDICE DEFENDANT** |
   | v. | **JPMORGAN CHASE BANK, N.A.** |
21 | | **(incorrectly named as "CHASE** |
   | CHASE MORTGAGE, CHASE | **MORTGAGE") AND DEFENDANT** |
22 | CARD SERVICES AND | **CHASE BANK USA, N.A.** |
   | EXPERIAN INFORMATION | **(incorrectly named as "CHASE** |
23 | SOLUTIONS, INC., | **CARD SERVICES")** |
24 | | |
   | Defendants. | |
25 | | |

26

27

28

1    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff

2  Leonard M. Mazza ("Plaintiff") and Defendants JPMorgan Chase Bank, N.A.,

3  incorrectly named as Chase Mortgage, and Chase Bank USA, N.A., incorrectly

4  named as Chase Card Services (jointly as "Chase") move this Court to dismiss with

5  prejudice Plaintiff's claims against Chase only.  Each party will bear its own costs,

6  disbursements, and attorney fees.

7

8  DATED this 23rd day of June 2016.

9

10    Respectfully submitted,

11

12    **Kazerouni Law Group, APC**

13    By: /s/ Michael Kind
      Michael Kind, Esq.
14    7854 W. Sahara Avenue
15    Las Vegas, NV 89117
      *Attorneys for Plaintiff*
16

17    **Ballard Spahr LLP**

18
      By: /s/ Lindsay Demaree
19    Lindsay Demaree
      100 North City Parkway, Suite 1750
20    Las Vegas, NV 89106-4617
      *Attorney for Chase*
21

22
          IT IS SO ORDERED:
23
          DATED:_____August 11, 2016_____
24

25

26    _____
      UNITED STATES DISTRICT JUDGE
27

28